THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERE-
MIAH EVARTS TRACY, Appellant, *v.* TIMOTHY L. WOOD-
RUFF et al., Commissioners of the Land Office of the
State of New York, Respondents.

*People ex rel. Tracy* v. *Woodruff,* 54 App. Div. 1, appeal dismissed.
(Argued February 25, 1901; decided March 5, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 13, 1900, confirming the determination of the com-
missioners of the land office of the state of New York deny-
ing the application of the relator for a grant of lands under
water in the village of New Brighton.

*Treadwell Cleveland* and *William V. Rowe* for appellant.

*John C. Davies, Attorney-General (Lester W. Clark* of
counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

———

C. SIDNEY SHEPARD, Appellant, *v.* THE BOULEVARD LAND
COMPANY OF OSWEGO, NEW YORK, et al., Respondents.

(Argued February 25, 1901; decided March 5, 1901.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered December 26, 1900, affirming a judgment
in favor of defendants entered upon the report of a referee.

The motion was made upon the ground that the judgment
of the Appellate Division was unanimous; that there was evi-
dence tending to sustain the findings of fact; that no question
of law is involved; that the exceptions are frivolous and the
record presents no question that can be reviewed by this court.

*Elisha B. Powell* for motion.

*Clarence F. Birdseye* opposed.

Motion granted and appeal dismissed, with costs.